■ GRAYSON-ROBINSON STORES, INC., Appellant, v. SAM COURTNEY et al., Individually and as Copartners Doing Business under the Name of COURTNEY TRUCKING COMPANY, Respondents.— Judgment unanimously affirmed, with costs. No opinion. Concur — Peck, P. J., Breitel, Botein and Cox, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JOHN SIMONETTI, JOHN WOWK and HYMAN FRIEDBERG, Appellants.— Order unanimously affirmed. No opinion. Concur — Peck, P. J., Breitel, Botein, Rabin and Cox, JJ.

■ HERMAN J. TART et al., Doing Business as TART & WALD, et al., Respondents, v. JULIA JEDVABNIKS, Appellant.— Order unanimously affirmed, with $20 costs and disbursements to the respondents. No opinion. Concur — Peck, P. J., Breitel, Botein, Rabin and Cox, JJ.

■ FILMWAYS, INC., Respondent, v. FEDERAL NUT CO., INC., Appellant.— Judgment unanimously affirmed, with costs. No opinion. Concur — Peck, P. J., Breitel, Botein, Rabin and Cox, JJ.

■ DEPARTMENT OF PUBLIC WELFARE OF THE CITY OF NEW YORK, Respondent, v. HAROLD ZIELAZNY, Appellant.— Order unanimously reversed and the proceeding dismissed. The proof of paternity was not entirely satisfactory. Concur — Peck, P. J., Breitel, Botein, Rabin and Cox, JJ.

■ JOSEPHINE MOLLENHAUER et al., Appellants, v. ABRAHAM ISKOE, Respondent.— Judgment unanimously affirmed, with costs. No opinion. Concur — Peck, P. J., Breitel, Botein, Rabin and Cox, JJ.

■ SAMUEL H. BUNCHEZ, Plaintiff, v. ASTORIA-STAR WELDING SERVICE, INC., Defendant and Third-Party Plaintiff-Appellant. VACUUMATE CORP., Third-Party Defendant-Respondent.— Order unanimously reversed, with $20 costs and disbursements to the appellant, and the motion denied. The third-party complaint is legally sufficient. Upon all the pleadings, a triable issue is presented as to whether the sole proximate cause of the accident was the primary or active negligence of the third-party defendant and whether the negligence, if any, of the third-party plaintiff was secondary or passive. Concur — Breitel, J. P., Rabin, Cox, Frank and Bastow, JJ.

■ In the Matter of the Accounting of HARRIET A. MITTELSTAEDT, as Coadministratrix of the Estate of EMMA T. MITTELSTAEDT, Deceased, Appellant. EDWARD L. MITTELSTAEDT, Respondent.— Decree, so far as appealed from, unanimously affirmed, with costs. No opinion. Concur — Breitel, J. P., Rabin, Cox, Frank and Bastow, JJ.

■ CARMEN RESTO et al., Respondents, v. METROPOLITAN DISTRIBUTORS, INC., et al., Appellants.— Judgment, insofar as it provides for the recovery of $50,000 by the plaintiff Carmen Resto, unanimously affirmed; insofar as the judgment provides for the recovery of $5,000 by the plaintiff Rosario Colon, unanimously reversed on the ground of excessiveness, the cause of action of said plaintiff Rosario Colon severed and a new trial thereof ordered, with costs to the appellants, unless the said plaintiff, Rosario Colon, stipulates to reduce the verdict in her favor to $2,500 in which event the judgment, as so modified, is affirmed, without costs. Settle order on notice. Concur — Breitel, J. P., Rabin, Frank, Valente and Bastow, JJ.

■ ISAAC NEWMAN et al., Respondents, v. CHARLES GROSS, Appellant.— Order unanimously affirmed, with $20 costs and disbursements to the respondents. No opinion. Concur — Breitel, J. P., Rabin, Frank, Valente and Bastow, JJ.